RALPH RICE, an Infant, by RALPH E. RICE, Guardian ad Litem, Respondent, v. COPELAND PRODUCTS, INC., and FISKE SUPPLY Co., INC., Appellants. RALPH E. RICE, Respondent, v. COPELAND PRODUCTS, INC., and FISKE SUPPLY Co., INC., Appellants.— Motion by Copeland Products, Inc., for reargument denied, with ten dollars costs. Motion by Copeland Products, Inc., for leave to appeal to the Court of Appeals denied. Motion by Fiske Supply Co., Inc., for leave to appeal

to the Court of Appeals denied, with ten dollars costs. Motion by Fiske Supply Co., Inc., for stay denied. Crapser, J., not sitting.